# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-65977 | | | Trustee Name: | Jordan E. Lubin |
|---|---|---|---|---|---|
| Case Name: | ENTERA HOLDINGS, LLC | | | Date Filed (f) or Converted (c): | 10/04/2019 (f) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 11/12/2019 |
| | | | | Claims Bar Date: | 09/30/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Account at Piedmont Bank, xxxxxx4685 | $437.01 | $0.00 | | $0.00 | FA |
| 2  Held by Patriot National for workers' compensation deductible. | $27,900.71 | $0.00 | OA | $0.00 | FA |
| 3  A/R 90 days old or less. | $155,000.00 | $0.00 | | $0.00 | FA |
| 4  Potential causes of action against Guarantee Insurance Company for funds posted for collateral. | Unknown | $0.00 | | $0.00 | FA |
| 5  Consent judgment against HR One Services, Inc. and Compass Employment Services, LLC. | $711,160.00 | $50,000.00 | | $90,000.00 | FA |
| 6  Potential Claims against insiders                  (u) | $0.00 | $200,000.00 | | $0.00 | $1,000,000.00 |

**Asset Notes:** Values for asset number 4 and asset number 6 are only pre-litigation estimates of claims that will be fully developed during the course of litigation.

**TOTALS (Excluding unknown value)**                                                                                                                                     **Gross Value of Remaining Assets**

| | $894,497.72 | $250,000.00 | | $90,000.00 | $1,000,000.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

06/20/2022    Trustee employed Counsel to investigate possible transfers, including transfers with affiliated entities. The Court approved a compromise and settlement to allow payment to the bankruptcy estate for a pre-petition settlement arranged by Debtor. Counsel for Trustee filed an adversary proceeding against certain insiders. Mediation for the adversary is scheduled for July 19, 2022.

| Initial Projected Date Of Final Report (TFR): | 10/04/2021 | Current Projected Date Of Final Report (TFR): | 12/31/2022 | /s/ JORDAN E. LUBIN |
|---|---|---|---|---|
| | | | | JORDAN E. LUBIN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No. | 19-65977 | | Trustee Name: | Jordan E. Lubin |
| Case Name: | ENTERA HOLDINGS, LLC | | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***7570 | | Checking Acct #: | ******3288 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 07/01/2021 | | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/13/2021 | (5) | HR1 Services, Inc. | Payment pursuant to Order Granting Agreement Modifying Payment of Consent Judgment, Doc. No. 35, 2/11/21 | 1129-000 | $22,500.00 | | $22,500.00 |
| 05/28/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $14.33 | $22,485.67 |
| 06/21/2021 | (5) | HR1 Services, Inc. | Payment Pursuant to Settlement Agreement | 1129-000 | $7,500.00 | | $29,985.67 |
| 06/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $30.24 | $29,955.43 |
| 07/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $36.89 | $29,918.54 |
| 08/31/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $38.12 | $29,880.42 |
| 09/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $36.80 | $29,843.62 |
| 10/29/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $35.49 | $29,808.13 |
| 11/30/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $36.71 | $29,771.42 |
| 12/08/2021 | (5) | Lamberth Cifelli Ellis Nason PA | Payment Pursuant to Settlement and Satisfaction of Judgment, Order Granting Doc. No. 51, 11/17/21 | 1129-000 | $60,000.00 | | $89,771.42 |
| 12/31/2021 | | Allegiance Bank | Service Charge | 2600-000 | | $96.53 | $89,674.89 |
| 01/31/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $114.24 | $89,560.65 |
| 02/28/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $102.69 | $89,457.96 |
| 03/03/2022 | 1001 | Beal, LLC | Pursuant to Order Approving Compensation of Special Counsel, Doc. No. 57, 2/16/22 | * | | $1,386.58 | $88,071.38 |
| | | | Beal, LLC                               ($1,386.00) | 3210-000 | | | $88,071.38 |
| | | | Beal, LLC                                   ($0.58) | 3220-000 | | | $88,071.38 |
| 03/31/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $112.67 | $87,958.71 |
| 04/29/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $104.59 | $87,854.12 |
| 05/31/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $111.92 | $87,742.20 |
| 06/30/2022 | | Allegiance Bank | Service Charge | 2600-000 | | $108.06 | $87,634.14 |

**SUBTOTALS**   $90,000.00   $2,365.86

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 19-65977 | |
| **Case Name:** | ENTERA HOLDINGS, LLC | |
| **Primary Taxpayer ID #:** | **-***7570 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 07/01/2021 | |
| **For Period Ending:** | 06/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Jordan E. Lubin |
| **Bank Name:** | Allegiance Bank |
| **Checking Acct #:** | ******3288 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $31,475,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $90,000.00 | $2,365.86 | $87,634.14 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $90,000.00 | $2,365.86 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $90,000.00 | $2,365.86 | |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 05/13/2021 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $60,000.00 | Total Compensable Receipts: | $90,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $60,000.00 | Total Comp/Non Comp Receipts: | $90,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,321.29 | Total Compensable Disbursements: | $2,365.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,321.29 | Total Comp/Non Comp Disbursements: | $2,365.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 19-65977 | Trustee Name: | Jordan E. Lubin |
|---|---|---|---|
| Case Name: | ENTERA HOLDINGS, LLC | Bank Name: | Allegiance Bank |
| Primary Taxpayer ID #: | **-***7570 | Checking Acct #: | ******3288 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2021 | Blanket bond (per case limit): | $31,475,000.00 |
| For Period Ending: | 06/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $90,000.00 | $2,365.86 | $87,634.14 |

| For the period of 07/01/2021 to 06/30/2022 | | For the entire history of the account between 05/13/2021 to 6/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $60,000.00 | Total Compensable Receipts: | $90,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $60,000.00 | Total Comp/Non Comp Receipts: | $90,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $2,321.29 | Total Compensable Disbursements: | $2,365.86 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,321.29 | Total Comp/Non Comp Disbursements: | $2,365.86 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JORDAN E. LUBIN

JORDAN E. LUBIN